ACCEPTED
03-15-00596-CV
7595203
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/29/2015 11:12:09 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00596-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS, AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/29/2015 11:12:09 AM
JEFFREY D. KYLE
Clerk

GRACY WOODS I NURSING HOME,

Appellant,

v.

MARTHA MAHAN, AS THE REPRESENTATIVE
OF THE ESTATE OF MARY RIVERA,

Appellee.

ON INTERLOCUTORY APPEAL FROM
THE 250TH JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-14-005169

APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW Appellant Gracy Woods I Nursing Home and presents this Unopposed Motion for Extension of Time to File Appellant's Brief.

1.    In accordance with TEX. R. APP. P. 10.5(b)(1) Appellant Gracy Woods I Nursing Home brings this unopposed request for an extension of time to file Appellant's Brief.

2.    This motion is Appellant's first request for an extension of time to file its Brief.

3.    Appellant's deadline to file its brief is currently November 5, 2015.

4.    Appellant seeks a 5-day extension. If granted, Appellant's deadline to file its Brief would be November 10, 2015.

5.    Appellant requests the extension due to appellate counsel's commitments in other matters, which will affect counsel's ability to devote a sufficient amount of time to Appellant's Brief.

6.    Counsel for Appellee does not object to Appellant's request for a 5-day extension of time to file Appellant's Brief.

9.    Appellant does not seek this extension of time for the sole purpose of delay but so that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant Gracy Woods I Nursing Home respectfully requests that this Court grant an

2

additional five days from November 5, 2015 until November 10, 2015 for

Appellant to file its Brief.

Respectfully submitted,

REED, CLAYMON, MEEKER & HARGETT, PLLC


By:    /s/ Emily J. Davenport

    Emily J. Davenport
    State Bar No. 24012501
    Janice M. Byington
    State Bar No. 24006938
    5608 Parkcrest Dr, Suite 200
    Austin, Texas 78731
    (512) 660-5960
    (512) 660-5979 (facsimile)
    edavenport@rcmhlaw.com
    jbyington@rcmhlaw.com

**ATTORNEYS FOR APPELLANT GRACY WOODS I NURSING HOME**

## CERTIFICATE OF CONFERENCE

Counsel for Appellant conferred with counsel for Appellee concerning this request for a 5-day extension via e-mail on October 28, 2015. Counsel for Appellee does not oppose the request.

/s/ Emily J. Davenport
Emily J. Davenport

## CERTIFICATE OF SERVICE

Pursuant to rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been filed electronically and delivered via electronically and via facsimile to the following counsel of record on this 29th day of October, 2015:

Jack Modesett III
Walter V. Williams
ModesettWilliams, PLLC
515 Congress Ave., Suite 1650
Austin, TX 78701
jack@jmodesettlaw.com

/s/ Emily J. Davenport
Emily J. Davenport